53  635
47ap362
47ap364

FIRST DEPARTMENT, JULY TERM, 1889.

Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Ingalls. J.

Augusta J. Currier, Respondent, v. The Ogdensburgh and Lake Champlain Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Ingalls, J.

Rawley Williams, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Catharine McGovern, as Administratrix, etc., Appellant, v. The Central Vermont Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Landon, J.

In the Matter of the Final Accounting of Cornelius Swart and others, Executors. — Decree affirmed, with costs. Opinion by Ingalls, J.

Zacheus E. Ladd, Respondent, v. Sylvester

French, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Crown Point Iron Company, Respondent, v. Boatman's Fire and Marine Insurance Company, Appellant.

Same v. Pennsylvania Insurance Company of Pittsburg, Appellant.

Same v. Hamburg-Bremen Fire Insurance Company, Appellant.

Same v. The Lancashire Insurance Company, Appellant

Same v. The People's Insurance Company, Appellant. — Judgments reversed, new trials granted, referee discharged, costs to abide event in each action. Opinion by Learned, P. J.

See case of Crown Point Insurance Company, Respondent, v. Ætna Insurance Company, Appellant. — Decided with the above five cases and reported, ante, page 220.

---

FIRST DEPARTMENT, JULY TERM, 1889.

**Decisions handed down July 9, 1889.**

The People of the State of New York v. Michael Brien. — Judgment reversed and new trial ordered. Opinion by Brady, J.

William H. Kennagh, Appellant, v. Elizabeth McColgan, as Executrix, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Sophia Lochner, Respondent, v. Elizabeth Maas and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

William H. Wiltshire v. Jerome F. Manning. — Order reversed and order of substitution granted, without costs. Opinion by Van Brunt, P. J.

Henry Amy v. Jerome F. Manning. — Order reversed and order of substitution granted, without costs. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel Patrick McAleer v Stephen B. French and others. — Writ dismissed, without costs. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. The North River Sugar Refining Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels J.

The First National Bank of Marietta, Pa., Respondent, v. Brunswick Chemical Works and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of the Application of Charles James Phalen, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

John D. Elwell v. Cyprien Fabre. — Motion for reargument denied, with costs.

In the Matter of the Petition of Alfred Weber.— Order affirmed, without costs. Opinion by Daniels, J.

In the Matter of the Petition of John D. Wendell.—Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of the Petition of William Fitzpatrick. — Order affirmed, without costs. Opinion by Daniels, J.

In the Matter of the Petition of Frederick Schloman. — Order affirmed, without costs. Opinion by Daniels, J.

Adella L. Hardy, Respondent, v. Frank Hardy, Appellant. — Order modified by reducing monthly payment to $100, and as so modified affirmed, without costs of the appeal. Opinions by Daniels, J., and Van Brunt, P. J.

John L. Macaulay, as Surviving Partner, etc.,

Appellant, v. Joseph R. Palmer and another, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt. P. J.

George Munro, Appellant, v. Ormond G. Smith and others, Respondents. — Case sent back for further consideration of the application for an allowance. Opinion by Brady, J.

William H. Mollenbrock, as Executor, etc., Appellant, v. Adam Meinhard, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Pauline Heckeman v. David B. Young.—Motion granted.

Dorinda Armstrong and others, Plaintiffs, v. Ascher Weinstein, Defendant.—The purchaser should be released from his purchase, and should have judgment for his $500 and interest, without costs. Opinion by Van Brunt, P. J.

The Leather Manufacturers' Bank, Appellant, v. Laura P. Halsted, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Benjamin Knower and others, Appellants, v. The Central National Bank, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Robert A. Cheseborough, Respondent, v. Charles H. Kimberly, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Joseph Ferber, Respondent, v. Joseph H. Lester, Jr., and others, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

Joseph Ferber, Respondent, v. William Smith and others, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

George C. Winchester, Appellant, v. T. Quincy Browne, Appellant. — Order affirmed, without costs. Opinion by Van Brunt, P. J.; dissenting opinion by Daniels, J.

George C. Winchester, Respondent, v. T. Quincy Browne, Respondent. — Order reversed, with ten dollars costs and disbursements.

Stephen M. Chester, Respondent, v. Francois Henry Jumel and others, Appellants. — Motion denied, with ten dollars costs and disbursements.

Bertha E. Martin, as Administratrix, etc., v. Spencer C. Platt and others. — Motion denied.

Lewis S. Chase, Respondent, v. Herbert Foote Beecher, Appellant, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements. Opinion by Brady, J.

In the Matter of Freeman J. Fithian, Deceased. — Decree affirmed, with costs. Opinion by Van Brunt, P. J.

53h  635
1st Dept.
Case 23
69 AD 450